No. 03–5771. COLEMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5773. CHINN *v.* POTTER, POSTMASTER GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5774. AKI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5779. CRUTHIRD *v.* HALL. C. A. 1st Cir. Certiorari denied.

No. 03–5783. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5784. LUCZAK *v.* MOTE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–5785. ARTEAGA-BONILLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5788. ANDREWS *v.* ELKINS. C. A. 4th Cir. Certiorari denied.

No. 03–5792. CRUTHIRD *v.* MASSACHUSETTS ET AL. App. Ct. Mass. Certiorari denied.

No. 03–5794. CUNNINGHAM *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 03–5796. DESHIELDS *v.* FILBERT, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5798. BEAHRINGER *v.* BRILEY, WARDEN, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 03–5800. VARGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5802. INOCENCIO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5803. KNIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.